UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>EVEREST SMOKE SHOP,<br><br>        Defendant. | Case No.  23-cv-00750-SVK<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL** |

Plaintiff filed this action on February 19, 2023.  Dkt. 1.  Federal Rule of Civil Procedure 4(m) provides, in relevant part:

> (m) **Time Limit for Service.** If a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Plaintiff's June 6, 2023 case management conference statement indicates that Defendant has not yet been served.  Dkt. 11 at 1.

Accordingly, in light of Plaintiff's failure to timely serve Defendant, the Court **ORDERS** that at the Case Management Conference on **June 13, 2023 at 9:30 a.m**., Plaintiff must **SHOW CAUSE** why this case should not be dismissed without prejudice.

**SO ORDERED.**

Dated: June 7, 2023

SUSAN VAN KEULEN
United States Magistrate Judge