UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>BUDDHA MAHARJAN,<br><br>        Defendant. | 23-cv-00750-VC<br><br>**JUDGMENT** |

    The Court, having granted the Motion for Default Judgment, now enters judgment in favor of the plaintiff and against the defendants. The plaintiff is awarded a total of $5,000.00 in statutory damages and $502.70 in costs.

    The Clerk of Court is directed to close the case.

    **IT IS SO ORDERED.**

Dated: February 26, 2024

_____
VINCE CHHABRIA
United States District Judge